```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

**MELODY GARNER,**

        **Plaintiff,**

  vs.                                          Civil Action 2:11-CV-676
                                                              Judge Graham
                                                              Magistrate Judge King

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security,**

        **Defendant.**

## ORDER

On July 6, 2012, the United States Magistrate Judge recommended that the decision of the Commissioner be affirmed and that the action be dismissed. *Report and Recommendation*, Doc. No. 19. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation*, Doc. No. 19, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **AFFIRMED** and the action is **DISMISSED**. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).


Date: July 27, 2012                                            s/James L. Graham
                                                                      James L. Graham
                                                                      United States District Judge